**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE VAL-ELIZ CHILDREN'S TRUST, | § | CASE NO. 22-30074-hcm |
| | § | |
| Debtor. | § | CHAPTER 11 |

**DEBTOR'S LIST OF WITNESSES AND EXHIBITS**
**(KCMR HOLDINGS, LLC)**

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

**COMES NOW** THE VAL-ELIZ CHILDREN'S TRUST (hereinafter referred to as the "Debtor"), the Debtor in the above-numbered proceeding under Chapter 11 of the Bankruptcy Code, by and through its attorney of record, and hereby files this Debtor's List of Witnesses and Exhibits, for the Hearing scheduled for March 9, 2022, at 1:30 PM MST, on the Motion of KCMR Holdings, LLC For Relief From Stay To Continue Eviction Proceedings And Waiver Of 30-Day Requirement (DOC #14), as follows:

**WITNESSES:**

1. Valor D. Blazer
2. Elizabeth Blazer
3. Robert Rayon, Manager of KCMR Holdings, LLC

**EXHIBITS:**

EXHIBIT A. 2021-11-17 El Paso County Sheriff's Department Sheriff's Deed

EXHIBIT B. 2020-09-02 Final Judgment

EXHIBIT C. 2021-11-15 EPCAD 2021 Results – 5700 Flager Street

EXHIBIT D. 5700 Flager Street Comparative Market Analysis

      EXHIBIT E.    2008-03-04 Special Warranty Deed

      EXHIBIT F.    Letter to Nassim Salloum

      EXHIBIT G.    2022-01-31 Return of Service (Unserved)

      EXHIBIT H.    2022-02-01 Motion For Substitute Service and Order

      EXHIBIT I.    2022-01-31 Email from Rayon

      EXHIBIT J.    2022-01-27 Verification – Plaintiff's Original Petition

      EXHIBIT K.    2022-02-04 Suggestion of Bankruptcy

      EXHIBIT L.    2006-02-01 VAL-ELIZ Children Trust

      EXHIBIT M.   Residence Homestead Exemption Application by Valor Blazer

The Debtor hereby reserves the right to offer any other exhibits or testimony that is either (a) designated by KCMR Holdings, LLC in its witness and exhibit list, or (b) necessary and appropriate as rebuttal evidence.

March 3, 2022                                         Respectfully submitted,

                                                                       **THE NEVAREZ LAW FIRM, PC**
                                                                       A Professional Corporation
                                                                       7362 Remcon Circle
                                                                       El Paso, Texas 79912
                                                                       Telephone: (915) 225-2255
                                                                       Facsimiles: (915) 845-3405
                                                                       Email: MNevarez@LawOfficesMRN.com

                                                                       /s/ Michael R. Nevarez
                                                                       By: **MICHAEL R. NEVAREZ**
                                                                       State of Texas Bar No. 14933400

                                                                       Attorney for Debtor

Debtor's List of Witnesses And Exhibits (KCMR Holdings, LLC)
*In Re: The Val-Eliz Children's Trust, Debtor-in-Possession*
USBC-WDTX Case No. 22-30074-HCM, Chapter 11                       Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEBTOR'S LIST OF WITNESSES AND EXHIBITS (KCMR HOLDINGS, LLC)** was served either by electronic means as listed on the Court's CM/ECF filing and noticing system, and/or by regular first-class mail, postage prepaid, to the following parties in interest, on or before March 3, 2022:

**COUNSEL FOR CREDITOR:**
James W. Brewer
Kemp Smith LLP
P.O. Drawer 2800
El Paso, TX 79999-2800
Email: James.brewer@kempsmith.com

**OFFICE OF THE U.S. TRUSTEE:**
Mr. James Rose
615 E. Houston Street, Suite 533
San Antonio, TX 78205
Email: James.Rose@usdoj.gov

**DEBTOR-IN-POSSESSION:**
The Val-Eliz Children's Trust
5700 Flager Street
El Paso, TX 79938

**TOP 20 UNSECURED CREDITORS**
**ALL SECURED CREDITORS**

/s/ Michael R. Nevarez
**MICHAEL R. NEVAREZ**

Debtor's List of Witnesses And Exhibits (KCMR Holdings, LLC)
*In Re: The Val-Eliz Children's Trust, Debtor-in-Possession*
USBC-WDTX Case No. 22-30074-HCM, Chapter 11        Page 3 of 3