# Comparable Market Analysis

## 13451 Montana, El Paso, TX, 79938

**Prepared for 13451 Montana—Friday, January 14, 2022**



**Yasir Einaudi**
**The Real Estate Power Houses**

7207 Bluff Run
San Antonio, TX 78257
915-502-0261
yasir@yasireinaudi.com
http://www.yasireinaudi.com

*This represents an estimated sale price for this property. It is not the same as the opinion of value in an appraisal developed by a licensed appraiser under the Uniform Standards of Professional Appraisal Practice.*

# Map of Subject And Comparable Properties

Active Sold Pending Withdrawn Cancelled Expired

| | Address | MLS # | Status | Distance from Subject |
|---|---|---|---|---|
| Subject | 13451 Montana , El Paso TX 79938 | | | |
| 1 | 3413 Lee Boulevard , El Paso TX 79936 | 844133 | Active | 4.60m |
| 2 | 1211 BARRANCA Drive , El Paso TX 79935 | 817321 | Closed | 7.81m |

# Subject

| | |
|---|---|
| Address | 13451 Montana , El Paso, TX 79938 |
| Total Area SqFt | 10000 |
| Lot Size | |
| Apx Acres | 1.22 |

# Comparable Properties

| | Subject | 844133 | | 817321 | | | |
|---|---|---|---|---|---|---|---|
| | | | |  | | | |
| | 13451 Montana El Paso TX 79938 | 3413 Lee Boulevard El Paso TX | | 1211 BARRANCA Drive El Paso TX | | | |
| Distance From Subject | | 4.60 | | 7.81 | | | |
| List Price | | $1,100,000 | | $995,000 | | | |
| Original List Price | | $960,000 | | $995,000 | | | |
| Sold Price | | | | $995,000 | | | |
| Status | | Active | | Closed | | | |
| Status Date | | 12/16/2021 | | 02/26/2020 | | | |
| Days on Market | | 254 | | 118 | | | undefined |
| Cumulative Days on Market | | 254 | | 118 | | | undefined |
| **Adjustment** | | | +/- | | +/- | | +/- |
| Total Area SqFt | 10,000 | 23,000 | | 11,128 | | | |
| Lot Size | | | | | | | |
| Apx Acres | 1.22 | 1.43 | | 1.25 | | | |
| **Adjusted Price** | **$1,000,000** | **$1,100,000** | | **$995,000** | | | |

CMA Prepared for 12451 Montana by Yasir Einaudi 12451 Montana - El Paso TX 79938

# Price Analysis

List, Sold and Adjusted Prices
Closed Listings
$1 250 000
$1 000 000
$750 000
$500 000
$250 000
$0
Recommended Price: $1,000,000
817321
1211 BARRANCA Drive
El Paso TX

List
Sold
Adjusted
Low, High and Recommended List Price, Subject Property

Low, Average, Median, and High Sold Prices
Closed Listings
Recommended Price: $1,000,000
$1 000 000
$975 000
$950 000
$925 000
$900 000
$875 000
Low
Average
Median
High
Sold Price
Low, High and Recommended List Price, Subject Property

Yasir Einaudi | 915-502-0261 | yasir@yasireinaudi.com

Page 5 of 13

## Summary of Closed Listings

| MLS # | Address | List Price | DOM | CDOM | Sold Date | Sold Price | Total Adjustments | Adjusted Price |
|---|---|---|---|---|---|---|---|---|
| 817321 | 1211 BARRANCA Drive, El Paso TX | $995,000 | 118 | 118 | 02/25/2020 | $995,000 | - | $995,000 |

## Summary of Active Listings

| MLS # | Address | Orig. List Price | DOM | CDOM | List Price | Total Adjustments | Adjusted Price |
|---|---|---|---|---|---|---|---|
| 844133 | 3413 Lee Boulevard, El Paso TX | $960,000 | 254 | 254 | $1,100,000 | - | $1,100,000 |

## Low, Average, Median, and High Comparisons

|  | Closed | Active | Overall |
|---|---|---|---|
| Low | $995,000 | $1,100,000 | $995,000 |
| Average | $995,000 | $1,100,000 | $1,047,500 |
| Median | $995,000 | $1,100,000 | $1,047,500 |
| High | $995,000 | $1,100,000 | $1,100,000 |

## Overall Market Analysis (Unadjusted)

| Status | # | List Vol. | Avg. List Price | Sold Vol. | Avg. Sold Price | Avg. Sale/List Price | Avg. Home Width | Avg. List $/Home Width | Avg. Sold $/Home Width | Avg. DOM | Avg. CDOM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Closed | 1 | 995,000 | 995,000 | 995,000 | 995,000 | 1.00 | 0 | 0.00 | 0.00 | 118 | 118 |
| Active | 1 | 1,100,000 | 1,100,000 | 0 | 0 | 0.00 | 0 | 0.00 | 0.00 | 254 | 254 |
| Overall | 2 | 2,095,000 | 1,047,500 | 995,000 | 995,000 | 1.00 | 0 | 0.00 | 0.00 | 186 | 186 |

**SELECTION CRITERIA FOR COMPARABLE PROPERTIES**

**Specified listings from the following search:** Property type Commercial; Inside the map search Polygon; Status of 'Active', 'Closed','Active with Contingency','Pending Accepting Offers'; Public Remarks like warehouse; Sold Date between '01/14/2020' and '01/14/2032'.

# Listing Price Recommendation

| | |
|---|---:|
| Low | $ - |
| High | $ - |
| Recommended | $1,000,000 |

**Commercial 844133 Active** **3413 Lee Boulevard, El Paso, TX 79936** **LP: $1,100,000**

**County:** El Paso
**Subdivision:** Hueco View Acres
**Lease Info:** NNN
**Listing Type:** Exclusive Right To Sell
**Flood Zone:** No
**Zoning:** M1

**# of Stories:** 2
**# of Tenants:** 3
**Handicap Access:** Yes
**Apx Acres:** 1.43
**Apx SqFt #:** 62,640
**Finished Space Y/N:** Yes
**Dock:** Yes
**Empowerment Zone:** No
**HVAC:** Yes
**Lot SqFt:** 62,640
**Improved:** Yes
**Measured By:** Other
**Source Dimensions:** Other
**Unimproved:** No
**Refrigerated:** Yes
**Verification:** Actual Records

**Features:**220 Power; 3 Phase; Dock Height; Fenced Yard; Overhead Door(s)

**Best Use:** Bar/Tavern/Lounge; Building Trade; Church; Distribution; Industrial; Professional/Office; Warehouse; See Remarks
**Cooling:** 2+ Units
**Construction:** Block; Metal
**Data Doc:** Survey
**Exemptions:** None
**Finance Considered:** Cash; Conventional; Lease Option; Owner Will Carry
**Features:** 220 Power; 3 Phase; Dock Height; Fenced Yard; Overhead Door(s)
**Heating:** Central
**Lease Info:** NNN
**Lockbox Type:** None
**Location:** Freestanding; See Remarks
**Licenses:** None
**Miscellaneous Exterior:** Fenced
**Property Access:** Gravel Road; Paved Road to Prop
**Packages Includes:** See Remarks
**Parking:** See Remarks
**Property:** Building
**Sale Includes:** Lease
**Sewer:** City
**Tenant Pays:** All Utilities
**Utilities:** All City; All Utilities
**Water:** City

**Public Remarks:** PRICE REDUCTION: Offered space includes a 22,700 square foot warehouse that includes approx. 2000 square feet of office space. Front door entrance along Lee Blvd, garage access and dock located in interior side of building. Ample parking on property. Zoned M-1 accommodates office, service, manufacturing or flex. Lease option available for $7200/month NNN for 23,000 sq feet. Includes 2000 sq feet of office space. (Gross lease $9200) All or part is available for lease. Space includes one area for 5200 square feet, or all 23,000 sq feet. Does not include Fenced off area on west side

**Listing courtesy of:**
**Majestic, REALTORS**







Lee Blvd
Confederate Dr
AMADOR'S
Hot Shots P
& Printing
Xpress Body Repair
Auto body shop
Iglesia Cristiana El
Pescador Church
A B & C
3415 Lee Blvd
Parking Lot

First Room 98 x 28
Second Room 98 x 59
First Room 98 x 48
Shipping & Receiving Room
29 x 46
Shipping & Receiving Room
29 x 46
Third Room with dock 89 x 48
Third Room 89 x 48
Bathrooms in 3rd room

Information is deemed to be reliable, but is not guaranteed. © 2022 MLS and FBS. Prepared by Yasir Einaudi on Friday, January 14, 2022 10:17 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

**Commercial 817321 Closed** **1211 BARRANCA Drive, El Paso, TX 79935** **LP: $995,000**

**County:** El Paso
**Parcel ID:** V89399901403300
**Listing Type:** Exclusive Right To Sell
**Flood Zone:** No
**Zoning:** PI

**# of Stories:** 1
**# of Tenants:** 0
**Handicap Access:** Yes
**Apx Acres:** 1.25
**Apx SqFt #:** 54,272
**Empowerment Zone:** No
**HVAC:** Yes
**Lot SqFt:** 54,272
**Improved:** Yes
**Measured By:** Owner
**Source Dimensions:** Other
**Unimproved:** No
**Verification:** Other
**Legal:** 14 VISTA DEL SOL #10 REPLAT LOT 2-D (167139.72 SQ FT)
**Best Use:** Warehouse
**Property Access:** Paved Road to Prop
**Property:** Building
**Exemptions:** None
**Heating:** Central
**Public Remarks:** Eastside industrial warehouse on Barranca off Pellicano with easy access to I-10. Large open facility with office space in the front of the facility Plenty of yard for parking trucks and semi's.
**Listing courtesy of:**
**R C Properties**









Information is deemed to be reliable, but is not guaranteed. © 2022 MLS and FBS. Prepared by Yasir Einaudi on Friday, January 14, 2022 10:17 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.