# Comparable Market Analysis

## 13441 MONTANA, El Paso, TX, 79938

**Prepared for 13441 MONTANA—Friday, January 14, 2022**



**Yasir Einaudi**
**The Real Estate Power Houses**

7207 Bluff Run
San Antonio, TX 78257
915-502-0261
yasir@yasireinaudi.com
http://www.yasireinaudi.com

*This represents an estimated sale price for this property. It is not the same as the opinion of value in an appraisal developed by a licensed appraiser under the Uniform Standards of Professional Appraisal Practice.*

# Map of Subject And Comparable Properties



| | Active | | Sold | | Pending | | Withdrawn | | Cancelled | | Expired |

| | Address | MLS # | Status | Distance from Subject |
|---|---|---|---|---|
| Subject | 13441 MONTANA , El Paso TX 79938 | | | |
| 1 | TBD Montana Avenue , El Paso TX 79938 | 827205 | Closed | 0.91m |
| 2 | 12932 MONTANA Avenue , El Paso TX 79938 | 827202 | Closed | 0.95m |
| 3 | 12930 MONTANA Avenue , El Paso TX 79938 | 827199 | Closed | 0.97m |

CMA Prepared on 03/07/MONTANA by Yasir Einaudi 13441 MONTANA, El Paso TX 79938

# Subject

| | |
|---|---|
| Address | 13441 MONTANA , El Paso, TX 79938 |
| Apx Acres | 1.314 |

# Comparable Properties

|  | Subject | 827205 | 827202 | 827199 |
|---|---|---|---|---|
|  |  |  |  |  |
|  | **13441 MONTANA** El Paso TX 79938 | **TBD Montana Avenue** El Paso TX | **12932 MONTANA Avenue** El Paso TX | **12930 MONTANA Avenue** El Paso TX |
| Distance From Subject |  | 0.91 | 0.95 | 0.97 |
| List Price |  | $200,027 | $192,709 | $191,663 |
| Original List Price |  | $200,027 | $192,709 | $200,000 |
| Sold Price |  | $200,027 | $192,709 | $191,663 |
| Status |  | Closed | Closed | Closed |
| Status Date |  | 08/24/2020 | 08/24/2020 | 08/24/2020 |
| Days on Market |  | 58 | 58 | 58 |
| Cumulative Days on Market |  | 58 | 58 | 58 |
| **Adjustment** |  | +/- | +/- | +/- |
| Apx Acres | 1.31 | 1.15 | 1.11 | 1.1 |
| **Adjusted Price** | **$229000** | **$200,027** | **$192,709** | **$191,663** |

# Price Analysis

## List, Sold and Adjusted Prices

**Closed Listings**

## Low, Average, Median, and High Sold Prices

**Closed Listings**





## Summary of Closed Listings

| MLS # | Address | List Price | DOM | CDOM | Sold Date | Sold Price | Total Adjustments | Adjusted Price |
|---|---|---|---|---|---|---|---|---|
| 827205 | TBD Montana Avenue, El Paso TX | $200,027 | 58 | 58 | 08/24/2020 | $200,027 | - | $200,027 |
| 827202 | 12932 MONTANA Avenue, El Paso TX | $192,709 | 58 | 58 | 08/24/2020 | $192,709 | - | $192,709 |
| 827199 | 12930 MONTANA Avenue, El Paso TX | $191,663 | 58 | 58 | 08/24/2020 | $191,663 | - | $191,663 |

## Low, Average, Median, and High Comparisons

|  | Closed | Overall |
|---|---|---|
| Low | $191,663 | $191,663 |
| Average | $194,800 | $194,800 |
| Median | $192,709 | $192,709 |
| High | $200,027 | $200,027 |

## Overall Market Analysis (Unadjusted)

| Status | # | List Vol. | Avg. List Price | Sold Vol. | Avg. Sold Price | Avg. Sale/List Price | Avg. Apx Acres | Avg. List $/Apx Acres | Avg. Sold $/Apx Acres | Avg. DOM | Avg. CDOM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Closed | 3 | 584,399 | 194,800 | 584,399 | 194,800 | 1.00 | 1 | 173,929.11 | 173,929.11 | 58 | 58 |
| Overall | 3 | 584,399 | 194,800 | 584,399 | 194,800 | 1.00 | 1 | 173,929.11 | 173,929.11 | 58 | 58 |

**SELECTION CRITERIA FOR COMPARABLE PROPERTIES**

**Specified listings from the following search:** Property type Land; Inside the map search Polygon; Inside the map search Polygon; Status of 'Active', 'Closed', 'Pending','Active with Contingency','Pending Accepting Offers'; Under Contract Date between '01/14/2021' and '01/14/2032'; Sold Date between '01/14/2019' and '01/14/2032'.

## Listing Price Recommendation

| | |
|---|---:|
| Low | $ - |
| High | $250,000 |
| Recommended | $229,000 |

**Land 827205 Closed**  TBD Montana Avenue, El Paso, TX 79938  **LP: $200,027**



| | | | |
|---|---|---|---|
| **County:** | El Paso | **Distance to Sewer:** | None Available |
| **Subdivision:** | Montana Land Estates | **Zoning:** | C4 |
| **Apx Yearly Taxes:** | 1,539 | **Flood Zone:** | No |
| **Tax Year:** | 2020 | **Existing Survey:** | No Survey |
| **Apx Acres:** | 1.15 | **Utilities Expansion Charge:** | No |
| **Parcel ID:** | H80699900100200 | | |

**Legal:** 1 HUECO COMMERCIAL #1 PT OF 1 BEG 466.26 FT W OF NEC (179.39 FT ON ELY-IRREG ON SLY-193.27 FT ON WLY) (13820.41 SQ FT)
**Features:** No Trees; Partial Fencing; None

| | | | | | |
|---|---|---|---|---|---|
| **Distance to Gas:** | None Available | **Type:** | Acreage; Lot | **Restrictions:** | None |
| **Distance to Phone:** | At Line | **Distance to Sewer:** | None Available | **Data Available:** | Aerial Map; Plat Map; None |
| | | **Distance to Water:** | None Available | | |
| **Distance to Cable:** | None Available | **Sewer:** | Sewer Available; Unknown | **Financing Considered:** | 1031 Exchange; Cash; Conventional; Institutional Loan |
| **Distance to Electrical:** | On Prop | **Utilities:** | Some City; None | | |
| | | **Water:** | Private; Well | | |
| **Topography:** | Mostly Level | | | | |
| **Property Access:** | N Property Line; Paved Road to Prop | | | | |
| **General Access:** | Frontage Roads; Paved Road | | | | |

**Listing courtesy of:**
**Acala Investments, LLC**

Information is deemed to be reliable, but is not guaranteed. © 2022 MLS and FBS. Prepared by Yasir Einaudi on Friday, January 14, 2022 10:01 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

**Land 827202 Closed**     **12932 MONTANA Avenue, El Paso, TX 79938**     **LP: $192,709**



| | | | |
|---|---|---|---|
| **County:** | El Paso | **Distance to Sewer:** | None Available |
| **Subdivision:** | Montana Land Estates | **Zoning:** | C4 |
| **Apx Yearly Taxes:** | 1,556 | **Flood Zone:** | No |
| **Tax Year:** | 2020 | **Existing Survey:** | No Survey |
| **Apx Acres:** | 1.11 | **Utilities Expansion Charge:** | No |
| **Parcel ID:** | X57900023400148 | | |

**Legal:** 79 TSP 2 SEC 34 T & P ABST 7876 TR 10-C (1.106 AC)
**Features:** No Trees; Partial Fencing; None

| | | | | | | |
|---|---|---|---|---|---|---|
| **Distance to Gas:** | None Available | **Type:** | Acreage; Lot | **Restrictions:** | None | |
| **Distance to Phone:** | At Line | **Distance to Sewer:** | None Available | **Data Available:** | Aerial Map; Plat Map; None | |
| **Distance to Cable:** | At Line | **Distance to Water:** | None Available | **Financing Considered:** | Cash; Conventional; Institutional Loan | |
| **Distance to Electrical:** | On Prop | **Sewer:** | Septic Tank; Unknown | | | |
| **Topography:** | Mostly Level | **Utilities:** | Electricity Available; Service Pole on Prop; Some City | | | |
| **Property Access:** | N Property Line; Paved Road to Prop | **Water:** | Well; None | | | |
| **General Access:** | Frontage Roads; Paved Road | | | | | |

**Listing courtesy of:**
**Acala Investments, LLC**

 

Information is deemed to be reliable, but is not guaranteed. © 2022 MLS and FBS. Prepared by Yasir Einaudi on Friday, January 14, 2022 10:01 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

**Land 827199 Closed**     **12930 MONTANA Avenue, El Paso, TX 79938**     **LP: $191,663**



| | | | |
|---|---|---|---|
| **County:** | El Paso | **Distance to Sewer:** | None Available |
| **Subdivision:** | Montana Land Estates | **Listing Type:** | Exclusive Right To Sell |
| **Apx Yearly Taxes:** | 1,671 | **Zoning:** | C4 |
| **Tax Year:** | 2020 | **Flood Zone:** | No |
| **Apx Acres:** | 1.1 | **Existing Survey:** | No Survey |
| **Parcel ID:** | X57900023400152 | **Utilities Expansion Charge:** | No |

**Legal:** 79 TSP 2 SEC 34 T & P ABST 7876 TR 10-C-3 (1.148 AC)
**Features:** No Trees; Partial Fencing

| | | | | | |
|---|---|---|---|---|---|
| **Distance to Gas:** | None Available | **Type:** | Acreage; Commercial | **Restrictions:** | None |
| **Distance to Phone:** | At Line | **Distance to Sewer:** | None Available | **Data Available:** | Aerial Map; None |
| **Distance to Cable:** | At Line | **Distance to Water:** | None Available | **Financing Considered:** | 1031 Exchange; Cash; Conventional |
| **Distance to Electrical:** | On Prop | **Sewer:** | Septic Tank | | |
| **Topography:** | Mostly Level | **Utilities:** | Alternative Waste System; Electricity Available; Propane; None | | |
| **Property Access:** | N Property Line; Paved Road to Prop | **Water:** | Well | | |
| **General Access:** | Frontage Roads; Paved Road | | | | |

**Listing courtesy of:**
Acala Investments, LLC



Information is deemed to be reliable, but is not guaranteed. © 2022 MLS and FBS. Prepared by Yasir Einaudi on Friday, January 14, 2022 10:01 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

Yasir Einaudi | 915-502-0261 | yasir@YasirEinaudi.com     Page 10 of 10