# REGISTER OF ACTIONS
## CASE NO. 2020DCV2230

| | |
|---|---|
| EL PASO MEMORIALS, INC, A TEXAS CORPORATION V. VAL-ELIZ CHILDREN'S TRUST UNDER AGREEMENT DATED FEBRUARY 1, 2006: VEL-ELIZ CHILDREN'S TRUST UNDER AGREEMENT DATED DECEMBER 13, 2006; AND MJ REAL PROPERTIES, INC., A TEXAS CORPORATION | Case Type: **Other Civil** <br> Date Filed: **07/13/2020** <br> Location: **120th District Court** |

### RELATED CASE INFORMATION

**Related Cases**
2021DCV2126 (Related to Civil Case)

### PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| **Defendant** | MJ Real Properties, Inc. | **FRED R. JONES** <br> *Retained* <br> 210-733-6030(W) |
| **Defendant** | VAL-ELIZ CHILDREN'S TRUST UNDER AGREEMENT DATED DECEMBER 13, 2006 | |
| **Defendant** | VAL-ELIZ CHILDREN'S TRUST UNDER AGREEMENT DATED FEBRUARY 1, 2006 | |
| **Plaintiff** | EL PASO MEMORIALS, INC | **RICHARD ROMAN** <br> *Retained* <br> 915-351-2679(W) |

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

04/23/2021 **Summary Judgment** (Judicial Officer: Salas-Mendoza, Maria)
   Comment (ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEF MJ REAL PROPERTIES, INC. AND AGAINST PLN / SIGNED 04.23.2021 / JA)

06/09/2021 **Order Granted** (Judicial Officer: Salas-Mendoza, Maria)
   Comment (ORDER GRANTING DEF MJ REAL PROPERTIES, INC.'S MTN FOR SEVERANCE / SIGNED 06.09.2021 / JA)

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 07/13/2020 | Original Petition (OCA)     Index # 1 |
| 07/13/2020 | E-File Event Original Filing |
| 09/10/2020 | Answer     Index # 2 |
| 02/04/2021 | Motion to Compel     Index # 3 |
| 03/10/2021 | Motion for Summary Judgment     Index # 4 |
| 03/16/2021 | Notice of Hearing     Index # 5 |
| 03/16/2021 | Notice of Hearing     Index # 6 |
| 04/08/2021 | Response     Index # 7 |
| 04/14/2021 | Reply     Index # 8 |
| 04/15/2021 | Summary Judgment Hearing  (11:00 AM) (Judicial Officer Salas-Mendoza, Maria) |
| 04/15/2021 | Letter     Index # 9 |
| 04/23/2021 | Notice of Judgment Sent |
| 04/23/2021 | Notice of Judgment Sent |
| 04/23/2021 | Notice of Judgment Sent |
| 04/23/2021 | Notice of Judgment Sent |
| 05/13/2021 | Motion for Severance     Index # 11 |
| 05/14/2021 | Motion for Substitute Counsel     Index # 12 |
| 05/14/2021 | Motion for New Trial     Index # 13 |
| 05/21/2021 | Notice of Hearing     Index # 14 |
| 05/25/2021 | Designation of Attorney in Charge     Index # 15 |
| 05/26/2021 | Motion for Continuance     Index # 16 |
| 05/27/2021 | Motion Hearing  (11:00 AM) (Judicial Officer Salas-Mendoza, Maria) |
| 05/27/2021 | Order of Court Setting |
| 06/03/2021 | CANCELED   Motion for New Trial  (10:00 AM) (Judicial Officer Salas-Mendoza, Maria) <br>    Reset |
| 06/07/2021 | Response     Index # 17 |
| 06/08/2021 | Motion for New Trial  (10:00 AM) (Judicial Officer Salas-Mendoza, Maria) |
| 06/09/2021 | Order Denying New Trial     Index # 18 |
| 06/10/2021 | Notice of Judgment Sent |
| 06/10/2021 | Notice of Judgment Sent |
| 06/10/2021 | Notice of Judgment Sent |

07/15/2021 | **Advisory to the Court**