THE STATE OF TEXAS
EL PASO COUNTY

6.122-00021-FED

| | |
|---|---|
| Kcmr Holdings, Llc<br>No Known Address<br>Nassim H. Salloum<br>VS.<br>John Doe<br>5700 Flager St<br>Clint Tx 79938 | In the Justice Court<br><br>Justice of The Peace, Precinct Six Place One<br><br>El Paso County, Texas |

### Order Court Setting

The case mentioned above has been set for a Bench Trial in this court.  This is an ORDER to you from the said Court to appear at the date, time, and place as indicated below. Please bring any witnesses and/or evidence that pertain to your case with you to court on this date.

## HEARING IS IN PERSON

Date:       03/28/2022

Time:       9:00 AM

Place:      Justice of The Peace, Precinct Six Place One
            190 N San Elizario Rd.  Clint Texas  79836
            (915) 851-2019, Fax (915) 851-3694

Acknowledged or mailed to the Plaintiff and Defendant on this the 10th day of March, 2022.

Additionally if you need an interpreter, you will need to bring one.
Si usted no habla Ingles, usted necesitara  proporcionar su propio interprete el dia de su cita.

Eileen Marlin Court Clerk
Justice of The Peace, Precinct Six Place One
El Paso County, Texas

Justice of the Peace, Precinct Six, Place One, 190 N San Elizario Rd.  Clint Texas  79836. (915) 851-2019